FILED
April 13, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR. S-04-0232 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RICHARD DURAN, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __RICHARD DURAN__, Case No. __CR. S-04-0232 LKK__, Charge __Title 18 USC § 3606__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    \_    Bail Posted in the Sum of $_____

        \_    Unsecured Appearance Bond

        \_    Appearance Bond with 10% Deposit

        \_    Appearance Bond with Surety

        \_    Corporate Surety Bail Bond

    **X**    (Other) _Still on supervised release w/ all conditions still in place._

Issued at Sacramento, CA on April 13, 2009 at 2:20 pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge