FILED
September 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Case No. 2:04-CR-0232 LKK
         Plaintiff,          )
v.                           )   ORDER FOR RELEASE OF
                             )   PERSON IN CUSTODY
RICHARD DURAN,               )
                             )
         Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __RICHARD DURAN__, Case No. __2:04-CR-0232__, Charge __18:3606 Probation Violation__, from custody.

 ✔  Release on Personal Recognizance

 __  Bail Posted in the Sum of $__

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

 ✔  (Other) — further compliance hearing set for 11/10/2009.

Issued at __Sacramento, CA__ on __September 22, 2009__ at __9:16 am__.

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal