**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                            **RE:    Richard DURAN
                                      Docket Number:   2:04CR00232-001
                                      <u>ORDER: REQUEST FOR
CONTINUANCE</u>**

Your Honor:

Mr. Duran is on Your Honor's criminal calendar for Tuesday, November 10, 2009. Mr. Duran admitted to the charge contained in the most recent violation petition on September 22, 2009, and the matter was continued to November 10, 2009. Mr. Duran is out of custody, having been ordered released by Your Honor on September 22, 2009.

Since release, Mr. Duran has been involved in a weekly drug abuse prevention group and also weekly individual counseling. He has been urine testing on a regular basis with the probation office's contractor in Sacramento. At this time, he seems to be adjusting favorably, and there have been no further violations of his conditions of supervision.

Based on the aforementioned, the undersigned would request that the matter presently scheduled for Tuesday November 10, 2009, be continued until Tuesday, January 12, 2010. This will allow the probation officer to continue to monitor the offender's compliance to his conditions of supervision.

Both counsel for the Government and Defense have been contacted and have no objection to the proposed continuance.

**RE:   Richard DURAN**
      **Docket Number:   2:04CR000232-001**
      <u>**REQUEST FOR CONTINUANCE**</u>


                              Respectfully submitted,


                              /s/Glenn P. Simon
                              **GLENN P. SIMON**
                              **United States Probation Officer**

Dated:      November 9, 2009
            Sacramento, California
            GPS/cp


**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                     **KYRIACOS M. SIMONIDIS**
                     **Supervising United States Probation Officer**



cc:    Stephen Lapham
       Assistant United States Attorney

       Jeffrey Staniels
       Defense Counsel


_____


AGREE: ____✔_____                    DISAGREE: _____


DATE: November 9, 2009

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

2

Rev. 05/2006
MEMO ~ COURT.MRG