UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                RE:    Richard DURAN
                       Docket Number:   2:04CR00232-01
                     <u>REQUEST FOR CONTINUANCE</u>

Your Honor:

The above noted offender is presently scheduled to appear before Your Honor on Tuesday, January 12, 2010 for a disposition hearing. Mr. Duran continues to adjust favorably to his conditions of supervision. There are no indications of illegal substance involvement. He participates in weekly drug group meetings and individual counseling.

The undersigned has contacted both Government and defense attorneys and all are in agreement that the case can be continued for another month to continue to monitor Mr. Duran's compliance. Therefore, the undersigned is proposing the case be continued to **February 9, 2010,** for a final resolution to this violation petition.

                               Respectfully submitted,

                               /s/Glenn P. Simon
                               GLENN P. SIMON
                               United States Probation Officer

Dated:        January 11, 2010
                Sacramento , California
                GPS/cp

**RE:** Richard DURAN
   Docket Number:   2:04CR00232-001
   <u>REQUEST FOR CONTINUANCE</u>

**REVIEWED BY:**   /s/Jeff Oestreicher for
   **KYRIACOS M. SIMONIDIS**
   **Supervising United States Probation Officer**

Attachment(s)

cc:   Steven Lapham
   Assistant United States Attorney

   Jeff Staniels
   Defense Counsel

_____

AGREE:  ____✗_____          DISAGREE: _____

Date:  January 12, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT